JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DONALD MOSLEY, | Case No. EDCV 17-2446-DSF (KK) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| KERNAN SCOTT, Director of CDCR, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: September 13, 2018

HONORABLE DALE S. FISCHER
United States District Judge